UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| KIMBERLY COONS, ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 3:21-CV-00045-SPM |
| YUM! BRANDS, INC., ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Defendant Yum! Brands, Inc.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Illinois and Florida. The state and federal bar numbers issued to me are: Please see attached.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Feb 15, 2021          __/s/ Ross B. Bricker_____
    Date                                      Signature of Movant

353 N. Clark St.                                Ross B. Bricker
   Street Address                                Printed Name

Chicago, IL 60654
   City, State, Zip

## STATE AND FEDERAL BARS TO WHICH
## ROSS B. BRICKER IS ADMITTED AND IN GOOD STANDING

State of Illinois (#3126882)
State of Florida (#801951)
District of Columbia (inactive; in good standing)

U.S. District Court for the Northern District of Illinois
U.S. Court of Appeals for the Seventh Circuit
Supreme Court of the United States
U.S. Court of Appeals for the First Circuit (#45822)
U.S. Court of Appeals for the Fifth Circuit
U.S. Court of Appeals for the Eighth Circuit
U.S. Court of Appeals for the Ninth Circuit
U.S. Court of Appeals for the Eleventh Circuit
U.S. Court of Appeals for the Federal Circuit
U.S. District Court for the District of Colorado
U.S. District Court for the District of Columbia (#370510)
U.S. District Court for the Middle District of Florida