# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| Kimberly Coons,<br>*Plaintiff(s)*<br>v.<br>Yum! Brands, Inc.<br>*Defendant(s)* | Case Number: 3:21-CV-00045-SPM |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Yum! Brands, Inc.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Illinois. The state and federal bar numbers issued to me are: Please see attached.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Mar 17, 2021                        _____/s/ David C. Layden_____
             Date                                              Signature of Movant

353 N. Clark St.                                              David C. Layden
     Street Address                                            Printed Name

Chicago, IL 60654
     City, State, Zip

**STATE AND FEDERAL BARS TO WHICH
DAVID C. LAYDEN IS ADMITTED AND IN GOOD STANDING**

State of Illinois (#6216417)

U.S. District Court for the Northern District of Illinois (including Trial Bar)
U.S. Court of Appeals for the Seventh Circuit
Supreme Court of the United States
U.S. Court of Appeals for the Sixth Circuit
U.S. Court of Appeals for the Ninth Circuit
U.S. District Court for the Northern District of Indiana
U.S. District Court for the Western District of Michigan