IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIMBERLY COONS, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> YUM! BRANDS, INC., TACO BELL FRANCHISOR, LLC, and BELL AMERICAN GROUP, LLC, <br><br> Defendants. | Case No. 21-cv-00045-SPM |

**ORDER EXTENDING TIME FOR DEFENDANTS
TO ANSWER OR RESPOND TO COMPLAINT**

**McGLYNN, District Judge:**

This matter comes before the Court pursuant to filing of Stipulation to Extend Time for all Defendants to Answer or Otherwise Respond. After reviewing this matter, this Court enters the following Order:

1. Defendants, Yum! Brands, Inc., Taco Bell Franchisor, LLC, and Bell American Group, LLC, shall answer or otherwise respond to the Amended Complaint by July 20, 2021;

2. Plaintiff, Kimberly Coons, shall file a response to any motions filed by any Defendant by September 30, 2021;

3. Defendants shall file any replies, if necessary, in support of their respective motions by October 20, 2021.

IT IS SO ORDERED.

DATED:     June 30, 2021

                                                          s/Stephen P. McGlynn
                                                          **STEPHEN P. MCGLYNN**
                                                          **United Stated District Court**